**E-FILED on** 7/26/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARACELI CERVANTES DE ORTIZ, | No. C-04-00013 RMW |
| Petitioners, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED TO THE NINTH CIRCUIT |
| v. | |
| THOMAS RIDGE, CHARLES DEMORE, NANCY ALCANTAR, and JOHN ASHCROFT, | **[Re Docket No. 6]** |
| Respondents. | |

Respondents have filed a notice of change in law asserting that this court no longer has jurisdiction over the instant petition for writ of habeas corpus. They contend that this case must be transferred to the United States Court of Appeals for the Ninth Circuit pursuant to the recently passed REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, §§ 106(a), (c), 119 Stat. 231 (2005). The court has not yet heard petitioner's position on this issue.

The parties shall meet and confer regarding whether this case must be transferred to the Ninth Circuit. Should the parties agree that transfer is appropriate, they shall submit a stipulation and proposed order to do so. If the parties disagree, they shall submit a stipulation and proposed order setting deadlines for filing an

1  opposition brief by petitioners and a reply brief by respondents.  In either case, the parties shall file their
2  stipulation and proposed order by Monday, August 22, 2005.
3
4  DATED:      7/25/05                                          /s/ Ronald M. Whyte
                                                                RONALD M. WHYTE
5                                                               United States District Judge

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff(s):**

3  James Todd Bennett        bennettjt13@hotmail.com

4  **Counsel for Defendant(s):**

5  Edward A. Olsen           edward.olsen@usdoj.gov
   Alison E. Daw             alison.daw@usdoj.gov
6

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9

10
   **Dated:**        7/26/05                              /s/ MAG
11                                                  **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED TO THE NINTH CIRCUIT – 04-00013 RMW MAG                              3