KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, 10 Floor
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169
    Email: edward.olsen@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 10/6/05*

| | |
|---|---|
| ARACELI CERVANTES DE ORTIZ, | No. C 04-0013-RMW |
| Petitioner, | **STIPULATION TO A BRIEFING SCHEDULE AND ORDER** |
| v. | |
| TOM RIDGE, Secretary, U.S. Department of Homeland Security, et al., | Honorable Ronald M. Whyte |
| Respondents. | |

    Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule on whether this Court must transfer the above-entitled habeas case to the United States Court of Appeals for the Ninth Circuit

    Petitioner's Brief:                     September 23, 2005

    Respondents' Reply:                October 14, 2005

| | |
|---|---|
| Date: August 22, 2005 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: August 22, 2005 | /s/<br>JAMES TODD BENNETT<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/6/05

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Bennett and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO A BRIEFING SCHEDULE AND ORDER
C 04-0013 RMW                                          -2-