KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/21/05*

| | |
|---|---|
| ARACELI CERVANTES DE ORTIZ,<br>                Petitioner,<br><br>        v.<br><br>TOM RIDGE, U.S. Department of Homeland Security, et al.,<br><br>                Respondents. | No. C 04-0013 RMW<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE RESPONDENTS MUST FILE A REPLY; AND ORDER** |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a fourteen-day extension of time within which Respondents must serve their reply to Petitioner's September 28, 2004 opposition to transfer of the above-entitled action to the Ninth Circuit Court of Appeals.

    Respondents respectfully request that the Court extend the due date for their reply to October 28, 2005.

///

///

Stipulation to Extend Time
C 04-0013 RMW

| | | |
|---|---|---|
| 1 | Date: October 13, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | /s/<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 9 | | /s/ [1]<br>JAMES TODD BENNETT |
| 10 | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/21/05     /S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila C. Deiss, attest that both Attorney Bennett and I have signed this stipulation and will produce the original signed copies upon request.

Stipulation to Extend Time
C 04-0013 RMW