1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

                                              *E-FILED - 11/9/05*
12
   ARACELI CERVANTES DE ORTIZ,         )
13                                     )  No. C 04-0013 RMW
                  Petitioner,          )
14                                     )
            v.                         )  **SECOND STIPULATION TO EXTEND**
15                                     )  **TIME WITHIN WHICH THE**
   TOM RIDGE, U.S. Department of Homeland )  **RESPONDENTS MUST FILE A REPLY**
16 Security, et al.,                   )  AND ORDER
                                       )
17                Respondents.         )
                                       )
18

19     Petitioner, by and through his attorney of record, and Respondents, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension

21 of time within which the Respondents must serve their reply to Petitioner's September 28, 2004

22 opposition to transfer of the above-entitled action to the Ninth Circuit Court of Appeals.

23 Petitioner is not detained and Respondents are considering possible resolutions to the case, and

24 need more time to analyze the issues.

25     On October 28, 2005, I spoke with Petitioner's counsel by telephone, and he stated that he does

26 not object to a 30-day extension for the Respondents' reply.

27     Respondents respectfully request that the Court extend the due date for the reply until

28 November 28, 2005.
   ///

Second Stip to Ext Time
C 04-0013 RMW

| | |
|---|---|
| Date: October 28, 2005 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| | /s/<br>JAMES TODD BENNETT<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/9/05

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

Second Stip to Ext Time
C 04-0013 RMW