KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/7/05*

| | |
|---|---|
| ARACELI CERVANTES DE ORTIZ, ) <br>         Petitioner, ) <br>         v. ) <br> TOM RIDGE, U.S. Department of Homeland ) <br> Security, et al., ) <br>         Respondents. ) | No. C 04-0013 RMW <br><br> **THIRD STIPULATION TO EXTEND TIME WITHIN WHICH THE RESPONDENTS MUST FILE A REPLY AND ORDER** |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to another thirty-day extension of time within which the Respondents must serve their reply to Petitioner's September 28, 2004 opposition to transfer of the above-entitled action to the Ninth Circuit Court of Appeals. Petitioner is not detained and the parties are continuing to consider possible administrative resolutions to the case, and need more time to analyze the issues.

    On November 23, 2005, I spoke with Petitioner's counsel by telephone, and he stated that he does not object to another 30-day extension for the Respondents' reply.

    Respondents respectfully request that the Court extend the due date for the reply until December 28, 2005.
///

| | |
|---|---|
| Date: November 23, 2005 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| | /s/<br>JAMES TODD BENNETT<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/7/05                /S/ RONALD M. WHYTE
                             RONALD M. WHYTE
                             United States District Judge

Third Stip to Ext Time
C 04-0013 RMW