KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/23/05*

| | |
|---|---|
| ARACELI CERVANTES DE ORTIZ,<br><br>          Petitioner,<br><br>   v.<br><br>TOM RIDGE, U.S. Department of Homeland Security, et al.,<br><br>          Respondents. | No. C 04-0013 RMW<br><br>**STIPULATION TO DISMISS; AND ORDER** |

Petitioner, by and through her attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismiss this action.

The parties further agree that the Department of Homeland Security ("Department") will rescind the November 7, 2002, Decision to Reinstate Prior Order, rescission to be without prejudice to the Department raising or pursuing reinstatement in the future. If Petitioner applies to U.S. Citizenship and Immigration Services ("USCIS") for adjustment of status to lawful permanent resident, and if USCIS has not granted Petitioner's adjustment application by January 30, 2006, then the Department will issue a Notice to Appear placing Petitioner in removal proceedings. The Department does not concede that Petitioner is eligible for any type of relief or protection from removal.

1 | The parties shall bear their own costs and fees.

2

3 | Date: December 12, 2005    Respectfully submitted,

4 | KEVIN V. RYAN
United States Attorney

5

6

7 | _____/s/_____
ILA C. DEISS
Assistant United States Attorney

8 | Attorneys for Respondents

9

10 | Date: December 21, 2005

11 | _____/s/_____
JAMES TODD BENNETT
Attorney for Petitioner

12

13

14 | **ORDER**

15 | Pursuant to stipulation, IT IS SO ORDERED.

16

17 | Date: 12/23/05    /S/ RONALD M. WHYTE

18 | RONALD M. WHYTE
United States District Judge

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 04-0013 RMW